Bobby RUSSELL *v.* STATE of Arkansas

CR 03-402                                                   110 S.W.3d 249

Supreme Court of Arkansas
Opinion delivered May 1, 2003

*Mike Everett*, for appellant.

No response.

P ER CURIAM. Appellant Bobby Russell, by and through his attorney, has filed a motion for rule on clerk. His

attorney, Mike Everett, states in the motion that the record was tendered late due to a mistake on his part.

■ We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.